JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MARTINEZ,<br><br>              Petitioner,<br><br>      v.<br><br>MATTHEW CATE, Warden,<br><br>              Respondent. | Case No. CV 09-8659-JHN (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 1, 2010

                              HONORABLE JACQUELINE H. NGUYEN
                              United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge